UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ K. BLACK,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-02031-WHO<br><br>**ORDER GRANTING MOTION FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 18 |

Plaintiff Black, who is proceeding pro se, seeks an extension of time to file her response or opposition to defendant's motion to dismiss. Dkt. No. 18.

That motion is GRANTED. Plaintiff's response or opposition is now due, per her request, on **September 12, 2018**. Defendant's reply is due on **September 19, 2018**. The matter will be taken under submission and determined on the papers; no hearing will be set.

**IT IS SO ORDERED.**

Dated: August 22, 2018



William H. Orrick
United States District Judge