UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ K. BLACK,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | Case No. 18-cv-02031-WHO<br><br>**ORDER DISMISSING CASE** |

On October 22, 2018, I issued an Order to Show Cause requiring plaintiff to file her opposition to defendant's motion to dismiss on or before November 5, 2018. I explained that if plaintiff did not file her opposition on or before that date, this case would be dismissed for failure to prosecute.

As of today's date, plaintiff has not filed an opposition or other response to defendant's motion to dismiss. This case, therefore, is DISMISSED WITHOUT PREJUDICE for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: November 19, 2018

William H. Orrick
United States District Judge